No. 90–859. BROWER'S MOVING & STORAGE, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–894. LEONE, ADMINISTRATOR OF THE ESTATE OF LEONE, AKA HELD, DECEASED, ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–899. COMMITTEE TO OPPOSE THE SALE OF ST. BARTHOLOMEW'S CHURCH, INC., ET AL. *v.* RECTOR, WARDENS, AND MEMBERS OF THE VESTRY OF ST. BARTHOLOMEW'S CHURCH ET AL.; and

No. 90–900. RECTOR, WARDENS, AND MEMBERS OF THE VESTRY OF ST. BARTHOLOMEW'S CHURCH *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 914 F. 2d 348.

No. 90–905. FRIEDMAN ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–909. DIAL CORP. *v.* WILLIS DAY PROPERTIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–911. INTERSTATE BRANDS CORP., BUTTERNUT BREAD DIVISION *v.* CHAUFFEURS, TEAMSTERS, WAREHOUSEMEN & HELPERS, LOCAL UNION NO. 135. C. A. 6th Cir. Certiorari denied.

No. 90–921. DORFMONT *v.* BROWN, DIRECTOR FOR INDUSTRIAL SECURITY CLEARANCE REVIEW, DEFENSE LEGAL SERVICES AGENCY, DEPARTMENT OF DEFENSE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–926. MICHIGAN ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL.; and

No. 90–966. ALLIED DELIVERY SYSTEM, INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 6th Cir. Certiorari denied. Reported below: 908 F. 2d 972.

No. 90–980. FEDERAL KEMPER LIFE ASSURANCE CO. *v.* BODINE; and

No. 90–1114. BODINE *v.* FEDERAL KEMPER LIFE ASSURANCE CO. C. A. 11th Cir. Certiorari denied. Reported below: 912 F. 2d 1373.